**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5030
Telephone No. (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Mr. Alvarez-Estrada

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1935 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| HUGO DANIEL GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        Pursuant to implementation of the CM/EMF procedures in the Southern District of

California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

attorney in the above-captioned case.

                                        Respectfully submitted,


Dated:  June 26, 2008                     /s/ STEPHEN D. DEMIK
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        Stephen_Demik@fd.org

<u>**CERTIFICATE OF SERVICE**</u>

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  June 26, 2008

 /s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Stephen_Demik@fd.org (email)