UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR2247-H |
| Plaintiff | ) | CRIMINAL NO. 08MJ1935 |
| vs. | ) | ORDER |
| Hector Galaraza | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, William McCurine Jr

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court)).

Jose Chable-Baas
aka: Rigoberto Canul-Reyes

DATED:   07-08-08

William McCurine Jr.
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____                         OR
           DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
    Deputy Clerk