# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
|  | ) |
| vs. | ) |
|  | ) |
| Hector Galaraza | ) |
| Defendant(s) | ) |

08 CR 2247-H

CRIMINAL NO. 08MJ1935

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~/Magistrate Judge, William McCurine Jr

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Jorge Quintal-Pech

DATED: 07-08-08

William Mc Curine Jr.

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____

DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by Maria Mubela

Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082